1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUC VAN PHAM,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM; PAMELA J. BONDI;<br>TODD M. LYONS; JESUS ROCHA;<br>CHRISTOPHER LAROSE,<br><br>Respondents. | Case No.:  25-cv-3373-JO-MMP<br><br>**ORDER GRANTING PETITIONER'S HABEAS PETITION [DKT. 1]; DENYING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER AS MOOT [DKT. 2]** |

Petitioner Duc Van Pham ("Petitioner") filed a petition for writ of habeas corpus [Dkt. 1] and a motion for temporary restraining order [Dkt. 2].  The Court held oral argument on December 10, 2025.  For the reasons stated on the record, the Court ORDERS as follows:

(1) The Court GRANTS Petitioner's habeas petition [Dkt. 1] on the first and second claim for relief, brought under *Zadvydas*, *Accardi*, and the Fifth Amendment Due Process Clause.  The Court DENIES Petitioner's motion for temporary restraining order as moot [Dkt. 2].

(2) Respondents are ORDERED to release Petitioner by 12 p.m. on December 11, 2025 under the same conditions as his January 14, 2011 Order of Supervision,

1

and to file an affidavit confirming Petitioner's release by 5 p.m. on December 12, 2025.

(3) Respondents are ENJOINED from removing Petitioner from the United States or this District, or from redetaining him, except under the following circumstances:

    a. (1) Petitioner violates a condition of his release, or (2) the government has obtained travel documents for Petitioner and made concrete arrangements for his flight in the reasonably foreseeable future; **and**

    b. The government has provided notice and an informal interview allowing Petitioner to contest the grounds for revocation of his release **before** any redetention.

(4) Respondents must file a written declaration with this Court that it has satisfied these conditions at least 48 hours **prior** to any redetention to allow Petitioner an opportunity to challenge any further unlawful detention.

**IT IS SO ORDERED.**

Date: December 10, 2025

_____

Honorable Jinsook Ohta
United States District Judge