UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DUC VAN PHAM, | | Case No.:  25-cv-3373-JO-MMP |
| | Petitioner, | **ORDER DENYING RESPONDENTS'** |
| v. | | **MOTION TO VACATE [DKT. 16]** |
| KRISTI NOEM, *et al.*, | | |
| | Respondents. | |

On April 24, 2026, Respondents filed a motion to vacate the Court's December 10, 2025 order. Dkt. 16.  On April 28, 2026, the Court held a hearing on the motion.  For the reasons stated on the record, the Court ORDERS as follows:

(1) Respondents' motion to vacate the Court's December 10, 2025 order is denied [Dkt. 16].

(2) On Friday, May 1, 2026, at 9:30 a.m., Respondents shall provide Petitioner an informal interview with an interview officer and a Vietnamese translator to allow him to contest the grounds for revoking his release.

(3) If Immigration and Customs Enforcement ("ICE") is unable to provide the interview on May 1, 2026 with an interview officer and a Vietnamese translator, ICE may reschedule the interview by providing written notice to Petitioner and his counsel of record specifying an alternate date and time.

1

(4) The Court's December 10, 2025 order [Dkt. 11] remains in effect. Unless and until Respondents provide Petitioner with an informal interview, Petitioner shall not be redetained.

(5) Respondents shall file a written declaration with the Court confirming that they have complied with the above conditions at least 48 hours prior to any redetention.

**IT IS SO ORDERED.**

Date: April 28, 2026

Honorable Jinsook Ohta
United States District Judge